UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COHEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CHONG CHA FULLER, GOLDBERG SHOPPING CENTER, ESTATE OF JOSEPH PICCOLO, T&K HOWELL, ELAINE MCCLELLAN, RALPH MCCLELLAN, STEVEN SARDENGA, CELINDA STURMAN, DAVID STURMAN, JESSICA VEDDER, ROSS VEDDER, JAVIER VERA, YOLANDA VERA, CHONG SUK YI, KI SU YI, OK YI, SONG YI, WALTER FROMMEL, as Trustee of the Walter and Josephine Frommel Trust, JOSEPHINE FROMMEL, as Trustee of the Walter and Josephine Frommel Trust, JAMES EDMAN, as Trustee of the Walter and Josephine Frommel Trust, and MARGERY EDMAN, as Trustee of the Walter and Josephine Frommel Trust,<br><br>        Defendants.<br>_____/ | No. 2:06-cv-1273-MCE-GGH<br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.

///

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 1, 2007.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

DATED: January 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE