DAVID F. FAUSTMAN, Bar No. 081862
KAREN L. STEPHENSON, Bar No. 205664
FOX ROTHSCHILD LLP
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 296-3885
Facsimile: (415) 296-3886

Attorneys for Defendants DEFENDANTS JAMES and MARGERY EDMAN, JAVIER and YOLANDA VERA, DAVID and CELINDA STURMAN, JESSICA and ROSS VEDDER, ELAINE and RALPH MCCLELLAN, CHONG CHA FULLER, KI SU YI and CHONG SUK YI, STEVEN SARDENGA, WALTER and JOSEPHINE FROMMEL, and SONG and OK YI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHONG CHA FULLER, GOLDBERG SHOPPING CENTER, *et al.*,<br><br>    Defendants. | Case No.  2:06-cv-1273 MCE GGH<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

The parties have reached a full and final settlement of all issues in this action, and all parties have executed a settlement agreement.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 30, 2007 | FOX ROTHSCHILD LLP |
| 3 | | /s/ Karen L. Stephenson |
| 4 | | KAREN L. STEPHENSON |
| | | Attorneys for Defendants JAMES and MARGERY EDMAN, JAVIER and YOLANDA VERA, DAVID and CELINDA STURMAN, JESSICA and ROSS VEDDER, ELAINE and RALPH MCCLELLAN, CHONG CHA FULLER, KI SU YI and CHONG SUK YI, STEVEN SARDENGA, WALTER and JOSEPHINE FROMMEL, and SONG and OK YI |
| 11 | DATED: January ___, 2007 | GAW, VAN MALE, SMITH, MYERS & MIROGLIO |
| 13 | | /s/ Teresa A. Cunningham |
| 14 | | TERESA A. CUNNINGHAM |
| 15 | | Attorneys for Defendant Peggy Piccolo as Administrator of the Estate of Joseph Piccolo |
| 17 | DATED: January ___, 2007 | |
| 18 | | /s/ Thomas N. Stewart, III |
| 19 | | THOMAS N. STEWART, III |
| 20 | | Attorney for Plaintiff Gerald Cohen |
| 21 | IT IS SO ORDERED. | |
| 23 | DATED: February 5, 2007 | |
| 24 | | _____ |
| 25 | | MORRISON C. ENGLAND, JR UNITED STATES DISTRICT JUDGE |